JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| KENYON DARRELL BROWN, | Case No. 5:21-cv-00819-RGK-JDE |
| Petitioner, | JUDGMENT |
| v. | |
| KELLY SANTORO, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of the United States Magistrate Judge,

IT IS ADJUDGED that the operative Petition is denied and this action is dismissed with prejudice.

Dated: January 12, 2022

*/s/ Gary Klausner*
R. GARY KLAUSNER
United States District Judge